# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Evelyn Y. Brown, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:24-cv-05459-AT-CCB |
| ) | |
| v. ) | |
| ) | |
| Equifax Information Services, LLC ) | |
| and Rocket Mortgage, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY

Plaintiff, Evelyn Y. Brown, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby voluntarily dismisses, **with prejudice**, all claims against Defendant, Equifax Information Services, LLC, in this case.  As indicated by the signature of its counsel below, Equifax Information Services, LLC stipulates to Plaintiff's voluntary dismissal of the instant matter.

It is further stipulated that each party shall bear its own costs and attorneys' fees incurred in this matter.

This 27th day of March, 2025.

*[Signatures Appear on Following Page]*

1

| | |
|---|---|
| **BERRY & ASSOCIATES** | **EQUIFAX INFORMATION SERVICES, LLC** |
| */s/ Matthew Berry* | */s/ Christine Kapur* |
| Matthew Berry, GA Bar No.: 055663 | Christine Kapur, |
| matt@mattberry.com | Georgia Bar No. 197008 |
| Telephone: (404) 235-3334 | Equifax Legal Department |
| | 1550 Peachtree St |
| 2751 Buford Highway, Suite 600 | Atlanta, GA 30309 |
| Atlanta, GA 30324 | Phone: 404-885-8066 |
| | christine.kapur@equifax.com |
| */s/ Chris Armor* | |
| Christopher N. Armor | *Counsel for Defendant Equifax Information Services* |
| Georgia Bar No.: 614061 | |
| P.O. Box 509 | **BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.** |
| Londonderry, Vermont 05148 | |
| Ph. (651) 208-6441 | */s/ L. Clint Crosby* |
| Chris.armor@armorlaw.com | L. Clint Crosby |
| | Georgia Bar No. 197877 |
| *Counsel for Plaintiff* | Tyler P. Bishop |
| | Georgia Bar No. 566705 |
| | 3414 Peachtree Road NE, Suite 1500 |
| | Atlanta, GA 30326 |
| | Phone: 404-577-6000 |
| | Facsimile: 404-221-6501 |
| | ccrosby@bakerdonelson.com |
| | tbishop@bakerdonelson.com |
| | |
| | *Counsel for Defendant Rocket Mortgage, LLC f/k/a Quicken Loans, LLC* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2025, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
mberry@mattberry.com

2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3305

*/s/ Chris Armor*
Chris Armor
Georgia Bar No.: 614061
P.O. Box 509
Londonderry, Vermont 05148
Ph. (651) 208-6441
Chris.armor@armorlaw.com

*Counsel for Plaintiff*